1  Mahadhi Corzano, Esq. (SBN 254905)
   Krohn & Moss, Ltd.
2  10474 Santa Monica Blvd., Suite 401
   Los Angeles, CA  90025
3  T: (323) 988-2400; F: (866) 802-0021
   mcorzano@consumerlawcenter.com
4  Attorneys for Plaintiff,
   MICHELLE PATRICK

5

6                    **UNITED STATES DISTRICT COURT**
                  **CENTRAL DISTRICT OF CALIFORNIA**
7                        **WESTERN DIVISION**

8  MICHELLE PATRICK,                )  **Case No.: 2:10-cv-02822**
                                    )
9           Plaintiff,              )
                                    )
10      v.                          )  **NOTICE OF SETTLEMENT**
                                    )
11  BRACHFELD LAW GROUP, P.C.,      )
                                    )
12          Defendant.              )
                                    )
13 ────────────────────────────────)

14

15      NOW COMES the Plaintiff, MICHELLE PATRICK, by and through the undersigned

16 counsel and hereby informs the court that a settlement of the present matter has been reached and

17 is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the

   next 40 days.
18
        Plaintiff therefore requests that this honorable court vacate all dates currently set on
19
   calendar for the present matter.
20
                          Respectfully Submitted,
21

22

23

24

25

                                    - 1 -

DATED: September 20, 2011          KROHN & MOSS, LTD.


By: /s/ Mahadhi Corzano, Esq.          _

Mahadhi Corzano, Esq.
Attorney for Plaintiff


### CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2011, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. I further certify that on September 20, 2011, I served all counsel of record with a copy of this document by way of the CM/ECF system.


By: /s/ Mahadhi Corzano, Esq.          _

Mahadhi Corzano, Esq.
Attorney for Plaintiff

Notice of Settlement