1

2

3

4                                                                           CLOSED

5

6

7

8                        UNITED STATES DISTRICT COURT

9                        CENTRAL DISTRICT OF CALIFORNIA

10

11   MICHELLE PATRICK,                    )    Case No. CV 10-02822 DDP (RZx)

12                  Plaintiff,            )    **ORDER OF DISMISSAL**

13          v.                            )

14   BRACHFELD LAW GROUP, P.C.,           )

15                  Defendant.            )

16   _____    )

17

18          THE COURT ORDERS that this action be, and hereby is, dismissed with prejudice.

19   The Clerk shall mail, FAX or E:mail a copy of this Order to all counsel.

20

21

22

23

24

25

26

27   Dated: November 1, 2011

28                                                        DEAN D. PREGERSON
                                                        United States District Judge